**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Bruce F. Gatten,                                                                 Civil No. 05-1669 (DWF/FLN)

            Plaintiff,

v.                                                                **ORDER ADOPTING THE REPORT**
                                                                           **AND RECOMMENDATION**

Hennepin County Medical Center, Hennepin
Faculty Associates, Emergency Physicians
Professional Association, Dr. James J. Kratz,
M.D., Dr. Deborah Beautow, M.D., and
Medicine Clinic and any and all other health care
providers,

            Defendants.

_____

Bruce F. Gatten, *Pro Se*, Plaintiff.

_____

      Based upon the Report and Recommendation by United States Magistrate Judge Franklin L. Noel dated September 15, 2005, all the files and records, and no objections having been filed to said Report and Recommendation,

      **IT IS HEREBY ORDERED** that:

      1.     Plaintiff's application to proceed *in forma pauperis* (Doc. No. 2) is **DENIED**;

      2.     Plaintiff's "Motion To Be Excused From Paying The Court Filing Fee Altogether" (Doc. No. 4) is **DENIED AS MOOT**; and

3. This action is summarily **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 12(h)(3).

Dated: October 11, 2005          s/Donovan W. Frank
                                 DONOVAN W. FRANK
                                 Judge of United States District Court